# Court of Appeals
# of the State of Georgia

ATLANTA,  June 07, 2023

*The Court of Appeals hereby passes the following order:*

**A23A0414. ROSWELL MOTORS, INC. v. CITY OF ROSWELL et al.**

After the City of Roswell and Roswell City Council denied Roswell Motors, Inc.'s application for a conditional use zoning permit, Roswell Motors petitioned for a writ of certiorari in the superior court. The superior court dismissed the petition as untimely, and Roswell Motors filed this direct appeal seeking review of that judgment. We lack jurisdiction.

OCGA § 5-6-35 (a) (1) provides that a discretionary application is required to appeal "decisions of the superior courts reviewing decisions of . . . state and local administrative agencies . . . by certiorari or de novo proceedings." An appeal from a superior court order reviewing a decision of the local zoning authority regarding zoning regulations applied to a particular piece of property is subject to the discretionary application procedures set out in OCGA § 5-6-35 (a) (1). *Diversified Holdings, LLP v. City of Suwanee*, 302 Ga. 597, 605 (II) (807 SE2d 876) (2017). Likewise, an appeal from a superior court order dismissing a certiorari petition requires a discretionary application. See *Taylor v. City of Atlanta*, 184 Ga. App. 795, 795 (363 SE2d 45) (1987). Where an appellant has failed to follow the discretionary review procedures required by OCGA § 5-6-35, the appeal must be dismissed. See *Brewer v. Bd. of Zoning Adjustment of Atlanta*, 170 Ga. App. 351 (317 SE2d 327) (1984) (appeal from superior court's dismissal of zoning appeal dismissed due to appellant's failure to file discretionary application).

Because Roswell Motors failed to file an application for discretionary review and obtain an order permitting the appeal, this appeal is hereby DISMISSED.



*Court of Appeals of the State of Georgia*
       *Clerk's Office, Atlanta,* ___06/07/2023___

 *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

 *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ *, Clerk.*